UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VALERY LA TOUCHE,
               Petitioner,
v.
                                     **ORDER**

HAROLD D. GRAHAM, Superintendent,     10 CV 1388 (VB)
Auburn Correctional Facility,
             Respondent.
------------------------------------------------------------x

      On June 7, 2022, petitioner moved to vacate the judgment in this case and re-open the underlying habeas petition, and for other relief. (Doc. #83). The motion contains a declaration of service indicating it was served on respondent's counsel, the District Attorney of Rockland County. The ECF docket also reflects that a Notice of Electronic Filing was sent to Carrie Anne Ciganek, Esq., the Assistant District Attorney who previously appeared in this case. To date, the District Attorney's Office has not responded to the motion.

      **Accordingly, the Rockland County District Attorney's Office is directed to file a response to the motion by August 22, 2022. Petitioner's reply, if any, shall be filed by September 22. 2022.**

      The Clerk is directed to mail a copy of this Order to:

Office of the District Attorney of Rockland County
County Office Building
1 South Main Street, Suite 500
New City, NY  10956

-and-

Valery LaTouche, DIN 05-A-5812
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY  10562

Dated: July 22, 2022
       White Plains, NY

                                         SO ORDERED:

                                         Vincent L. Briccetti
                                         United States District Judge